**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Curt C. Hartman, et al.,

      Plaintiffs,

              v.                            Case No.   1:20cv163

Maureen O'Connor, et al.,                   Judge Michael R. Barrett

      Defendants.

## JUDGMENT IN A CIVIL CASE

**[   ]**  **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ X ]**  **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendants' Motion to Dismiss (Doc. 15) is GRANTED. Plaintiffs' Complaint is DISMISSED with PREJUDICE; and this matter is CLOSED

Date: September 29, 2021          Richard W. Nagel, Clerk
                            Clerk

               By:        *S/Krista Zeller*
                     Deputy Clerk